United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90331 |
| PENTA STATE LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| ELITE MEDICAL LABORATORY SOLUTIONS LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| VS. | § | ADVERSARY NO. 22-3300 |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § | |

## ORDER RECOMMENDING WITHDRAWAL OF THE REFERENCE
(Docket No. 17)

On this day, the Court considered the motion for withdrawal of the automatic reference filed by Xavier Becerra, Secretary, United States Department of Health and Human Services. During oral argument, the Court expressed concern about its ability to grant final relief in this adversary proceeding. In recognition of the impact that this adversary proceeding has on the success or failure of the Debtors' reorganization efforts and with the agreement of the parties, it is

**ORDERED THAT:**

1. The Court recommends that this adversary proceeding be immediately withdrawn in its entirety.

2. The Court recommends that the District Court considered an expedited schedule.

3. This Court stands ready to act as a magistrate in any matter that the Court deems appropriate.

**SIGNED: November 22, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**