United States District Court
Southern District of Texas
**ENTERED**
December 08, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: PENTA STATE LLC, <br>     Debtor. <br><br> ELITE MEDICAL LABORATORY SOLUTIONS LLC and GRAHAM TOMBALL LLC <br>     Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, *et al*, <br>     Defendants. | CIVIL ACTION NO <br> 4:22-cv-04073 <br><br><br><br><br><br><br><br><br> JUDGE CHARLES ESKRIDGE |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Pending is a motion by Defendants Xavier Becerra, Chiquita Brooks-Lasure, and Novitas Solutions Inc for withdrawal of automatic reference to the bankruptcy court in this adversary proceeding. See Adversary Case No 22-03300, Dkt 17. Bankruptcy Judge David R. Jones by Report and Recommendation recommends that the motion be granted. The Bankruptcy Judge also notes that he "stands ready to act as a magistrate in any matter that the Court deems appropriate." Dkt 1.

Plaintiffs filed no objections to the Report and Recommendation with this Court. And although initially opposed to withdrawal of reference, Plaintiffs agreed to the terms of the Report and Recommendation at oral argument before the Bankruptcy Judge. See Adversary Case No 22-03300, Dkt 24.

The Report and Recommendation of the Bankruptcy Judge is thus ADOPTED as the Memorandum and Order of this Court. Dkt 1.

"The District Court has discretion to refer cases to the Bankruptcy Court." *In re Quality Lease & Rental Holdings LLC*, 2016 WL 11644051, *2 (SD Tex).

This adversary proceeding is REFERRED to the Bankruptcy Court for pretrial handling.

SO ORDERED.

Signed on December 8, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge